# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

9:24 am, 4/12/23

**Margaret Botkins
Clerk of Court**

FIRST INTERSTATE BANCSYSTEM INC et al

Plaintiffs,

vs.

HUBERT et al

Defendants.

Case Number: 21-CV-67-F

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only    ☑ This was a Telephonic Hearing

Date: 04/12/2023    Time: 9:02 a.m. - 9:22 a.m.    (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Sandy Potter |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Lucas Buckley, Sean Larson

Attorney(s) for Defendant(s)    Peter Hawkes, Scott Ortiz

Other:

This conference was requested by counsel.  Trial is scheduled to begin 4/17/23 at 8:30 a.m.  Counsel indicates that trial in this matter appears to longer be necessary based on the reasons put on the record.  Plaintiff's counsel shall confer with defense counsel, then file a written motion outlining their request for consideration and ruling by the Court.  Motion to be submitted by the end of the day today (4/12/23), as well as any objections.