Lucas Buckley, WSB #6-3997
Sean M. Larson, WSB #7-5112
Brent Rhodes, WSB #7-6494
Hathaway & Kunz, LLP
2515 Warren Avenue, Suite 500
Cheyenne, WY 82001
307.634.7723 (telephone)
307.634.0985 (facsimile)
lbuckley@hkwyolaw.com
slarson@hkwyolaw.com
brhodes@hkwyolaw.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FIRST INTERSTATE BANCSYSTEM, INC. and FIRST INTERSTATE BANK, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID HUBERT, NICOLE CHRISTENSEN, DONOVAN MCCOMB, JAY MARTINSON, JOHN DICK, KIMBERLEE NEWMAN, and MYRIAH PHELPS, <br><br> Defendants. | Case No. 21-CV-00067-NDF |

**STIPULATED MOTION TO DISMISS DUTY OF LOYALTY CLAIM**

**COMES NOW** Plaintiffs First Interstate Bancsystem, Inc. and First Interstate Bank (collectively "FIB"), by and through their attorneys, HATHAWAY & KUNZ, LLP, and hereby req stipulate to a dismissal of the remaining claim in this matter following the Court's entry of a summary judgment on July 15, 2022 [Doc. No. 147] and entry of its Order on *Daubert* Motions [Doc. No. 180]. In support hereof, Plaintiffs state that it waives its remaining damages claims and categories, consisting of marketing costs, wage and salary costs, and direct expenses. Based on such waiver and the Court's prior Orders, no remaining issues exist to be tried and the parties

stipulate that a dismissal of the remaining duty of loyalty claim should be dismissed with prejudice. Such dismissal will resolve all pending matters in this matter and obviate the need for the trial currently set for April 17, 2023.

Counsel for Plaintiffs has conferred with counsel for Defendants and is informed that Defendants stipulate to the dismissal of this claim with prejudice.

WHEREFORE, Plaintiffs request that the Court dismiss the remaining claim with prejudice and vacate the trial setting in this matter.

**DATED** this 12th day of April, 2023.

> FIRST INTERSTATE BANCSYSTEM, INC. AND FIRST INTERSTATE BANK, PLAINTIFFS
>
> */s/ Lucas Buckley*
> Lucas Buckley, WSB #6-3997
> Sean M. Larson, WSB#7-5112
> Brent Rhodes, WSB #7-6494
> HATHAWAY & KUNZ, LLP
> 2515 Warren Avenue, Suite 500
> Cheyenne, WY 82001
> 307.634.7723 (telephone)
> 307.534.0985 (facsimile)
> lbuckley@hkwyolaw.com
> slarson@hkwyolaw.com
> brhodes@hkwyolaw.com
>
> ATTORNEYS FOR PLAINTIFFS

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of April 2023, I served the foregoing *Stipulated Motion to Dismiss Duty of Loyalty Claim* via CM/ECF on the following:

Stuart R. Day
Scott E. Ortiz
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400 (82601)
P. O. Box 10700
Casper, WY 82602
sday@wpdn.net
sortiz@wpdn.net

Peter Hawkes
Tyler P. Francis
Edward A. Piper
Angeli Law Group, LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
peter@angelilaw.com
tyler@angelilaw.com
ed@angelilaw.com

*Attorneys for Defendants*

                                              */s/ Lucas Buckley*
                                              Hathaway & Kunz, LLP